DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendant
UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| 1075 MARKET STREET OWNERS' ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants. | CASE NO.: 3:19-cv-07313 SK <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT HHS'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

WHEREFORE, on March 2, 2020 at 9:30 a.m. the motion to dismiss the Complaint of plaintiff 1075 Market Street Owners' Association ("Plaintiff") by defendant United States Department of Health and Human Services ("Defendant") came on for hearing at 450 Golden Gate Avenue, Courtroom C, 15th Floor, San Francisco, California, the Honorable Sallie Kim, United States Magistrate Judge of the United States District Court for the Northern District of California, presiding.  Assistant United States Attorney Savith Iyengar appeared on behalf of Defendant and attorney Alan Palmer Jacobus appeared on behalf of Plaintiff.

///

///

[PROPOSED] ORDER
3:19-CV-07313 SK                                                   1

1  Upon consideration of the pleadings, papers and arguments of counsel, and with good cause
2  shown, IT IS HEREBY ORDERED THAT Defendant's motion to dismiss Plaintiff's Complaint is
3  GRANTED without leave to amend.
4  IT IS SO ORDERED.

6  Date:

SALLIE KIM
United States Magistrate Judge

[PROPOSED] ORDER
3:19-CV-07313 SK                                    2